488 A.2d 1109

**Frank J. NASCONE and Ross Park Center, Inc., Appellants,**

v.

**ROSS TOWNSHIP ZONING HEARING BOARD, Appellee,**

and

**Herbert L. Berie and Nancy Rose Berie, his wife, et al., and Township of Ross, Intervenors-Appellees.**

Supreme Court of Pennsylvania.

Argued March 7, 1985.

Decided March 20, 1985.

Frederick A. Boehm, Patrick J. Clair, Samuel P. Kamin, Pittsburgh, for appellants.

John M. Means, Charles M. Means, Pittsburgh, for appellee, Ross Tp. Zoning Hearing Bd.

James W. Dunn, Pittsburgh, for Herbert L. Berie, et ux., et al.

Before NIX, C.J., and FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN, ZAPPALA and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.